JS6

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

RAUL MOSSO BARRAGAN,

Petitioner,

v.

WARKWAYNE MULLIN, Secretary of the Department of Homeland Security, ET AL.,

Respondents.

Case No. 5:26-cv-01047-MWF-AJR

**JUDGMENT**

Pursuant to the Court's Order Accepting Findings, Conclusions, and Recommendations of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that the Petition is GRANTED.

Respondents shall immediately release Petitioner Raul Mosso Barragan (A# 205-711-963) ("Petitioner") from custody subject only to conditions of release that were in place prior to Petitioner's arrest on October 27, 2025 (if any) and immediately return any confiscated property and documents to Petitioner upon release. Respondents shall not re-detain Petitioner pursuant to 8 U.S.C. § 1226(a) without providing a pre-deprivation bond hearing before a neutral arbiter at which

Respondents will bear the burden of establishing, by clear and convincing evidence, that Petitioner poses a danger to the community or is a flight risk, and at which Petitioner is permitted to have counsel present. Respondents shall file a notice of compliance **within three days**.

DATED: November 5, 2026

MICHAEL W. FITZGERALD
United States District Judge